

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00014-CR

Luis **MARQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5801
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 7, 2021.

_____
Beth Watkins, Justice